AO 440 (Rev. 06/12) Summons in a Civil Action

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★ FEB 24 2025 ★

LONG ISLAND OFFICE

# UNITED STATES DISTRICT COURT
for the
Eastern District of New York

|  |  |
|---|---|
| SHANE ALDERMAN | ) |
| _____ | ) |
| *Plaintiff(s)* | ) |
| v. | ) |
| | ) |
| SAGE PERSONAL FINANCE | ) |
| _____ | ) |
| *Defendant(s)* | ) |

CV 25 1012

Civil Action No.

KOMITEE, J.

SHIELDS, M.J.

## SUMMONS IN A CIVIL ACTION

RECEIVED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★ FEB 24 2025 ★

LONG ISLAND OFFICE

To: *(Defendant's name and address)*

SAGE PERSONAL FINANCE
3830 VANALDEN AVE
TARZANA, CA 91356

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

SHANE ALDERMAN
32 ROOSEVELT ST
PORT JEFFERSON STATION, NY 11776

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

BRENNA B. MAHONEY
*CLERK OF COURT*

Date: 2/24/2025

*Signature of Clerk or Deputy Clerk*